NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE AROMANDO, Individually, and Guardian and Trustee for the Infants, DANIEL C. AROMANDO and JACK AROMANDO : : : : Plaintiffs : : v. : : STATE FARM LIFE INSURANCE COMPANY : : Defendant. : | Civil Action No. 17-02418 (SRC)  ORDER |

**CHESLER**, District Judge

    This matter having come before the Court on a motion for summary judgment by Plaintiff Joyce Aromando (Docket No. 6), and a cross motion for interpleader relief and attorneys' fees by Defendant State Farm Life Insurance Company (Docket No. 10); and the Court having considered the papers filed by the parties; and the Court proceeding to rule on the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and for good cause shown,

    **IT IS** on this 15th day of November, 2017

    **ORDERED** that Plaintiff's motion for summary judgment (Docket No. 6) is **GRANTED**; and further

**ORDERED** that Defendant's cross motion for interpleader relief and associated attorneys' fees and costs (Docket No. 10) is **DENIED WITH PREJUDICE**.

 /s Stanley R. Chesler, U.S.D.J. 
**STANLEY R. CHESLER**
United States District Judge
